UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| FLOYD DEWAINE SCOTT, | ) | Case No. CV 17-8239-JVS(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DEBBIE ASUNCION, Warden, | ) | |
| Respondent. | ) | |

It **is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: 11.17.17

James V. Selna
United States District Judge